**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 8:05CV355 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **GENE M. SEDLACEK, LYNDA K. SEDLACEK, GREEN TREE FINANCIAL SERVICING CORPORATION, OMAHA WORLD HERALD,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal. The Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I), and is approved. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Dismissal (Filing No. 14) is approved, and the relief requested therein is granted;

2. The Complaint is dismissed with prejudice; and

3. The parties shall bear their own costs and attorney's fees.

DATED this 19th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge